UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DALE GILMORE,

                        Plaintiff,

    -v-                                    9:17-CV-1349
                                          (DNH/TWD)

SMITH, Badge #287; SERGEANT GUIDO;
SERGEANT GANGUREM; SERGEANT
CELLINO; CAPTAIN DEAN; and OFFICER
DOE,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:

DALE GILMORE
Plaintiff pro se
18-A-0389
Clinton Correctional Facility - Annex
P.O. Box 2002
Dannemora, NY 12929

GOLDBERG SEGALLA, LLP              JONATHAN M. BERNSTEIN, ESQ.
Attorney for Defendants
8 Southwoods Boulevard, Suite 300
Albany, NY 12211

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Pro se plaintiff Dale Gilmore brought this civil rights action pursuant to 42 U.S.C.

§ 1983. On July 22, 2019, the Honorable Thérèse Wiley Dancks, United States Magistrate

Judge, advised by Report-Recommendation that defendants' motion for summary judgment

be granted. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Defendants' motion for summary judgment is GRANTED;

2. Plaintiff's second amended complaint is DISMISSED in its entirety; and

3. The Clerk is directed to enter judgment accordingly and close the file.

United States District Judge

Dated: August 21, 2019
Utica, New York.